**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6326**

MATTHEW BUDNEY, f/k/a Matthew R. Budney,

Plaintiff - Appellant,

v.

RONNIE LANE HUNEYCUTT, Superintendent Warden at Avery Mitchell Correctional; BRIAN WATSON, Special Affairs Captain at Avery Mitchell Correctional Institution; RANDY S. MULL, Disciplinary Hearing Officer for the North Carolina Department of Public Safety; CORRECTIONAL OFFICER BUCHANAN, for the Restrictive Housing Unit of Avery Mitchell Correctional Institution; ASSISTANT SUPERINTENDENT, for custody and operations of Avery Mitchell Correctional Institution; ASSISTANT UNIT MANAGER BROWNING, for Avery Mitchell Correctional Institution; JOHN DOE, Correctional Officer for Restrictive Housing Unit, Avery Mitchell Correctional Institution; INVESTIGATING OFFICER, Disciplinary Proceedings, Avery Mitchell Correctional Institution; MEDICAL DOCTOR, Avery Mitchell Correctional Institution; MEDICAL NURSES, Avery Mitchell Correctional Institution; ROBERT VAN GORDER, Superintendent Warden of Sampson Correctional; LONG, Associate Warden of Sampson Correctional; BOSTIC, Head Nurse, Sampson Correctional; GRIEVANCE EXAMINER, Samspon Correctional; SUPERINTENDENT WARDEN OF PENDER CORRECTIONAL; BRUCE NELSON, Grievance Examiner, Pender Correctional Institution; ANNA LAUTZENHEIZER, Grievance Coordinator, Pender Correctional Institution; TRANSPORTATION OFFICER, Pender Correctional Institution; DIRECTOR OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; A COMMISSIONER OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; SECRETARY OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; INMATE GRIEVANCE EXAMINERS FOR THE NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; NURSE DAVIS,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:21-cv-00062-MR)

—————————

Submitted:  June 25, 2024                                    Decided:  June 28, 2024

—————————

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Matthew Budney, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Budney appeals the district court's order denying his motion to review, construed by the district court as a motion under Federal Rules of Civil Procedure 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Budney v. Huneycutt*, No. 1:21-cv-00062-MR (W.D.N.C. Mar. 11, 2024). We also deny Budney's motion for a preliminary injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*